# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  SHAUN BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 15-CV-482-CVE-FHM |
| | ) |
| 1)  BODEAN INC. d/b/a BODEAN SEAFOOD KITCHEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is Defendant Bodean, Inc.'s *Agreed* Motion to Continue and Reschedule Settlement Conference and Related Deadlines (Dkt. #14), in which Defendant seeks a continuance of the Settlement Conference currently scheduled for 1/4/2016, before Adjunct Settlement Judge Kathy R. Neal.  Being fully advised in the premises, and for good cause shown, the Court finds that Defendant's Motion should be and is hereby Granted.

IT IS THEREFORE ORDERED that the Settlement Conference is rescheduled for **February 4, 2016 at 9:00 a.m.,** at the office McAfee & Taft, 1717 S Boulder, Suite 900, Tulsa, Oklahoma before Adjunct Settlement Judge Kathy R. Neal.

IT IS FURTHER ORDERED that Plaintiff's Settlement Conference Statement is due by 1/21/2016 and Defendant's Settlement Conference Statement is due by 1/28/2016.  All other mandatory guidelines set forth in the Court's original Settlement Conference Order (Dkt. # 13), shall remain in effect.

DATED this 10th day of December 2015.

Paul J. Cleary
United States Magistrate Judge