**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) SHAUN BOYD, )<br>  )<br>    Plaintiff, )<br>  )<br>vs. )<br>  )<br>1) BODEAN INC. d/b/a BODEAN )<br>   SEAFOOD KITCHEN, )<br>  )<br>    Defendant. ) | Case No. 15-CV-482-CVE-FHM |

**STIPULATION OF DISMISSAL *WITH* PREJUDICE**

Plaintiff, Shaun M. Boyd, by and through his counsel of record, Daniel E. Smolen of Smolen, Smolen & Roytman, PLLC, and Defendant, Bodean, Inc. d/b/a Bodean Seafood Kitchen, by and through its counsel of record, P. Bradley Bendure of Conner & Winters, LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted in this action *with prejudice* to the re-filing of same. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

By /s/ P. Bradley Bendure
P. Bradley Bendure, OBA #19048
CONNER & WINTERS, LLP
4000 One Williams Center
Tulsa, Oklahoma  74172
Telephone:  (918) 586-5711
Facsimile:  (918) 586-8611
Email:   bbendure@cwlaw.com

***ATTORNEYS FOR DEFENDANT BODEAN, INC. D/B/A BODEAN SEAFOOD KITCHEN***

1

-and-

By /s/ Daniel E. Smolen
Daniel E. Smolen, OBA No. 19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
danielsmolen@ssrok.com

***ATTORNEYS FOR PLAINTIFF, SHAUN M. BOYD***